No. 2897. GÓMEZ, APELADO, *v.* AMERICAN COLONIAL BANK ET AL., APELANTES. — Corte de Distrito de Mayagüez. Resuelto en diciembre 11, 1922. Visto el artículo 295 del Código de Enjuiciamiento Civil y por los fundamentos de los casos de *Salvá* v. *Sucesión Borrás,* 8 D. P. R. 201 y 203, *Moreno* v. *Martínez,* 10 D. P. R. 525, *Fernández* v. *Foix,* 16 D. P. R. 262, *Balasquide* v. *Rossy,* 18 D. P. R. 356, se desestima la apelación contra la orden sobre nombramiento de síndico.

No. 1966. EL PUEBLO, APELADO, *v.* APONTE, APELANTE.— Corte de Distrito de Ponce. Resuelto en diciembre 11, 1922. No existiendo pliego de excepciones ni exposición del caso siu que el apelante tampoco haya radicado alegato alguno eu apoyo del recurso y no apareciendo error fundamental, se confirma la sentencia.

No. 1973. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE. — Corte de Distrito de Humacao. Resuelto en diciembre 11, 1922. Acometimiento y agresión con circunstancias agravantes. No existiendo pliego de excepciones, exposición del caso ni alegato escrito del apelante, y examinada la denuncia, el acta de nuevo juicio y la sentencia, no aparece cometido error alguno y se resuelve confirmar la sentencia apelada.

No. 1988. EL PUEBLO, APELADO, *v.* PERALTA, APELANTE.— Corte de Distrito de San Juan, Segundo Distrito. Resuelto en diciembre 12, 1922. Examinados los autos, no se ha probado el hecho alegado en la denuncia de ser el acusado un varón adulto, y por tanto, se resuelve modificar la sentencia declarándole culpable de acometimiento y agresión simple y a pagar una multa de $30.